# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2655

_____

Bulmaro Amadeo Vasquez-Perez

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 10, 2015
Filed: March 13, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Bulmaro Amadeo Vasquez-Perez petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny asylum and withholding of removal based on past persecution or a well-founded fear of future persecution because of his membership in a particular

social group. We have carefully considered the issues that are properly before us,[1] see De Castro-Gutierrez v. Holder, 713 F.3d 375, 379 (8th Cir. 2013) (standard of review), and we conclude, based on well-established precedent, that Vasquez-Perez failed to show that the social group in which he claims membership is a particular social group for purposes of asylum protection. See Ortiz-Puentes v. Holder, 662 F.3d 481, 483 (8th Cir. 2011). We deny the petition for review. See 8th Cir. R. 47B.

—————————————————————

---

[1]We do not review those rulings below that Vasquez-Perez does not meaningfully challenge in his brief, nor do we review his new and unexhausted contentions about particular social groups.